[No. 73805-4-I.  Division One.  May 22, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCEL CEDRAN SAMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-07421-2, Douglass A. North, J., entered July 31, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Verellen, C.J., and Trickey, J.

[No. 73928-0-I.  Division One.  May 22, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM RALPH SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 15-1-00355-3, Charles R. Snyder, J., entered August 10, 2015. *Reversed* and *remanded* by unpublished opinion per Mann, J., concurred in by Appelwick and Schindler, JJ.

[No. 74231-1-I.  Division One.  May 22, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW YIN WONG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-00852-6, Richard McDermott, J., entered October 16, 2015. *Affirmed* by unpublished opinion per Trickey, A.C.J., concurred in by Spearman and Mann, JJ.

[Nos. 74241-8-I; 74242-6-I.  Division One.  May 22, 2017.]

NAM CHUONG HUYNH ET AL., *Appellants*, v. AKER BIOMARINE ANTARCTIC AS ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for King County, No. 14-2-31832-4, Sean Patrick O'Donnell, J., entered October 16, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Schindler and Mann, JJ.